Christopher N. LaVigne
christopher.lavigne@withersworldwide.com
Kimberly Almazan (SBN 288605)
kimberly.almazan@withersworldwide.com
**Withers Bergman LLP**
505 Sansome Street, 2nd Floor
San Francisco, California 94111
Telephone:     415.872.3200
Facsimile:      415.549 2480

Attorneys for Plaintiff Payward, Inc., a California Corporation d/b/a Kraken

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYWARD, INC., a California corporation d/b/a KRAKEN,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN PETER RUNYON, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 20-cv-2130-MMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Amended Complaint Filed: October 9, 2020<br>Hearing Date:  January 15, 2021<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 7, 19th Floor<br>Before: Hon. Maxine M. Chesney |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Christopher N. LaVigne in support thereof, the Court ORDERS that:

The redacted versions of Plaintiff's Administrative Motion for Leave to File Sur-reply, the Declaration of Payward Employee in support of that motion, and Exhibit 1 to the Declaration of Payward Employee shall remain filed under seal pursuant to Civil Local Rule 79-5(g); in other words, the redacted portions of the aforementioned documents shall be kept from public inspection during the pendency of the case and shall only be open to public inspection without further action by the Court 10 years from the date the case is closed.

Dated: _____    _____
Hon. Maxine Chesney
Judge of the United States District Court