Kimberly A. Pallen (SBN 288605)
kimberly.pallen@withersworldwide.com
Christopher N. LaVigne (NYBN 4811121)
(admitted *Pro Hac Vice*)
christopher.lavigne@withersworldwide.com
**Withers Bergman LLP**
505 Sansome Street, 2nd Floor
San Francisco, California 94111
Telephone:    415.872.3200
Facsimile:    415.549 2480

*Attorneys for Plaintiff Payward Inc., a California corporation d/b/a Kraken*

**LAW OFFICES OF CLAIRE COCHRAN, P.C.**
Claire E. Cochran (SBN 222569)
claire@clairecochranlegal.com
Natalie A. Xifo (SBN 280930)
natalie@clairecochranlegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 580-6019
Facsimile: (415) 745-3301

*Attorneys for Defendant Nathan Peter Runyon*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYWARD INC., a California corporation d/b/a KRAKEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN PETER RUNYON, an individual, and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-2130<br><br>**JOINT STIPULATION AND ORDER OF DIMISSAL PURSUANT TO FRCP 41(A)**<br><br>*Senior District Judge Maxine M. Chesney*<br><br>Trial Date:         Not Set |

Plaintiff Payward Inc., d/b/a Kraken and Defendant Peter Runyon hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

DATED: January 10, 2022    WITHERS BERGMAN LLP

By:     /s/ *Kimberly A. Pallen*
Christopher N. LaVigne
Kimberly A. Pallen
Attorneys for Plaintiff PAYWARD, INC.

DATED: January 10, 2022    LAW OFFICES OF CLAIRE COCHRAN, P.C.

By:     /s/ *Claire Cochran*
Claire Cochran
Attorneys for Defendant NATHAN RUNYON

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h)(3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: January 10, 2022

By:     /s/ *Kimberly A. Pallen*
Kimberly A. Pallen

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDRERED THAT:

1. This action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.
2. The Clerk is directed to close the file on the matter.

DATED: January 10, 2022

_____
HON. MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE